UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MAGDALENE BOYD,

    Plaintiff,

vs                                         Civil Action No. 3:09-cv-311

AUTO-OWNERS (MUTUAL)            Judge Timothy S. Black
INSURANCE COMPANY, *et al.*,

    Defendants.

## CONDITIONAL ORDER OF DISMISSAL

    The Court having been advised by the parties that the above captioned civil action has been settled;

    It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED.**

Date: 9/10/10

                                                   *Timothy S. Black*
                                                   Timothy S. Black
                                                   United States District Judge